UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Sandy Jones-Croom

BANKRUPTCY NO.: 10-70633
CHAPTER: 13
JUDGE: RHODES

Debtor(s).
_____/

**Sandy Jones-Croom**
    Plaintiff(s),

v

ADVERSARY CASE NO.: 10- 07660 -SWR

CCO MORTGAGE,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

Carrie A. O'Reilly, under penalty of contempt of court, states that on __12/28/10__, she served COMPLAINT TO DETERMINE THE EXTENT OF CCO MORTGAGE in said case with the Clerk of the Court using the E.C.F. system which will send notification of such filing to the following party:

    TRUSTEE:     Krispen Carroll

    /s/ Carrie A. O'Reilly
    Frego & Associates, P.L.C.
    Attorneys for Debtors
    23843 Joy Road
    Dearborn Heights, MI 48127
    (313) 565-4252
    fregojames@aol.com
    Carrie A. O'Reilly (P66840)

and Peter J. Ramik, Jr., under penalty of contempt of court, states that on __12-29-10__, he served SUMMONS AND COMPLAINT TO DETERMINE THE EXTENT OF THE SECOND MORTGAGE CCO MORTGAGE and this CERTIFICATE OF SERVICE, in said case by certified mail, postage prepaid, and properly addressed as follows:

    CREDITOR:     CCO Mortgage, c/o Charles J. ("Bud") Koch, Registered Agent for CCO Mortgage, 10561 Telegraph Road
        Glen Allen, VA 23059-4577

NOTE: EXHIBIT 6 HAS BEEN FILED WITH THE COURT. IT IS AVAILABLE FOR REVIEW ON THE COURT FILING SYSTEM.

    /s/ Peter J. Ramik, Jr.
    An employee of:
    Frego & Associates, P.L.C.
    23843 Joy Road
    Dearborn Heights, MI 48127
    (313) 565-4252
    fregojames@aol.com
    Peter J. Ramik, Jr.